JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FRANCIS McCLOSKEY, LAILA McCLOSKEY and D.M.<br><br>        Plaintiffs,<br><br>vs.<br><br>SPIKE HELMICK, M.E. COURTNIER and J.WHITE individually and DOES 1-100, inclusive.<br><br>        Defendants. | No. C 05-04641 MMC<br><br>**MOTION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY acknowledged that Plaintiffs have not perfected service of the complaint and summons on the named Defendants. Therefore, good cause being shown, Plaintiffs request the initial case management conference scheduled for March 3, 2006, be rescheduled for April 21, 2006.

DATED:    March 2, 2006

LAW OFFICES OF JOHN L. BURRIS

By: _/s/ Adante D. Pointer_
ADANTE' D. POINTER
Attorneys for Plaintiff

    For good cause shown, it is hereby ORDERED that the case management conference is CONTINUED to April 21, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than April 14, 2006. The 120-day deadline to serve defendants, pursuant to Rule 4(m), remains in effect.
IT IS SO ORDERED.

_Maxine M. Chesney_
MAXINE M. CHESNEY
United States District Court Judge

MOTION AND ORDER
TO CONTINUE CMC

CASE NO. C05-04641 MMC

1