JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200; FAX (510) 839-3882

Attorneys for plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAN FRANCIS McCLOSKEY, et al.

    Plaintiffs,

v.

SPIKE HELMICK, et al.

    Defendants.

No. C05-04641 MMC

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The parties in this matter hereby stipulate to continue the initial case management conference for 60 days on the grounds that Plaintiff, Shawn McCloskey's, underlying criminal case, which had been previously dismissed, was reversed on appeal as provided for under California Penal Code 1538.5. As a result of that ruling, the case has been remanded back to State court for further criminal proceedings. Therefore, good cause being shown, the parties request the initial case management conference scheduled for April 21, 2006 be rescheduled for June 30, 2006.

DATED:     April 20, 2006

LAW OFFICES OF JOHN L. BURRIS           STATE ATTORNEY GENERAL'S OFFICE

By: /s/ Adante Pointer                  By: /S/
ADANTE' D. POINTER                      TOM BLAKE
Attorneys for Plaintiffs                Attorneys for Defendants

## ORDER

IT IS SO ORDERED, with the exception that the Case Managment Conference is hereby continued to July 7, 2006 at 10:30 a.m., and a joint Case Management Statement shall be filed no later than June 30, 2006.

_____
United States District Court Judge

STIPULATION AND ORDER                                          CASE NO. C05-04641 MMC

2