1  BILL LOCKYER
   Attorney General of the State of California
2  TOM BLAKE, State Bar No. 51885
   Deputy Attorney General
3    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
4    Telephone: (415) 703-5506
     Fax: (415) 703-5480
5    E-mail: Tom.Blake@doj.ca.gov

6  Attorneys for Defendants Commissioner Spike
   Helmick, Officer M.E. Courtnier and Officer J. White
7

8                    IN THE UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 ┌─────────────────────────────────────┬──────────────────────────┐
   │                                     │                          │
12 │ SEAN FRANCIS McCLOSKEY, LAIALA      │ C05-04641 MMC            │
   │ McCLOSKEY and D.M.                  │                          │
13 │                         Plaintiffs, │ STIPULATION AND          │
   │                                     │ PROPOSED ORDER RE CASE   │
14 │     v.                              │ MANAGEMENT               │
   │                                     │                          │
15 │ SPIKE HELMICK, M.E. COURTNIER and J.│                          │
   │ WHITE, individually, and DOES 1-100,│                          │
16 │                                     │                          │
   │                         Plaintiff.  │                          │
17 └─────────────────────────────────────┴──────────────────────────┘

18         COME NOW all parties and submit this Stipulation and Proposed Case Management

19 Order. The parties respectfully request the continuance of these civil proceedings until the state

20 court criminal case is decided. This court's abstention in light of the on-going criminal

21 prosecution will advance both judicial comity and the interest of all parties in cost-efficient

22 resolution.

23         Plaintiff's counsel has ascertained that the underlying criminal prosecution is unlikely

24 to be completed before March 2007. The underlying criminal case, *People v. McCloskey*,

25 Sonoma Superior Court No. MCR 447092, is now pending with no trial date set. Plaintiff's

26 criminal defense counsel is bringing a motion to suppress evidence (Cal. Pen. Code sec. 1538.5).

27 The criminal case is likely to be tried, unless the section 1538.5 motion is dispositive, in

28 February or March 2007.

                                                 1
Stipulation and Proposed Order Re Case Management, Case No. C05-04641MMC

1  Separately, this Court's Alternative Dispute Resolution Office has informed the parties
2  that it cannot provide a qualified neutral for an Early Neutral Evaluation until mid-November
3  2006, a date that is after the currently-set Continued Status Conference on October 27, 2006.
4  The ADR office has encountered difficulty in finding a suitable neutral evaluator who has time
5  available and who is free of conflicts until then.
6  Both counsel are of the opinion that an Early Neutral Evaluation is far more likely to be
7  productive after the criminal proceedings in State Court are resolved.  Both sides therefore
8  respectfully request this Court's abstention until the state court prosecution is completed and
9  believe that judicial economy will be best served by deferring discovery.  Therefore,
10 contemplating a March 2007 state court disposition, the parties jointly propose the following
11 dates:

| | |
|---|---|
| ENE to be completed: | May 18, 2007 |
| Retired Commissioner Helmick's response to complaint to be filed: | Friday, June 1, 2007 |
| Parties' Joint Case Management Conference Statement to be filed: | Friday, July 6, 2007 |
| Continued Case Management Conference and hearing on Commissioner Helmick's dispositive motion, if any: | Friday, July 13, 2007, at 10:30 AM |

Dated: September 1, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

*/s/ Tom Blake*

TOM BLAKE
Deputy Attorney General

Attorneys for Defendants Commissioner Spike Helmick, Officer M.E. Courtnier and Officer J. White

Dated: _____, 2006

LAW OFFICES OF JOHN L. BURRIS
ADANTE' D, POINTER

By:_____
    ADANTE' D. POINTER

Attorneys for Plaintiffs Sean Francis McCloskey, Laiala McCloskey and D.M.

IT IS SO ORDERED:

DATED: September 5, 2006

*/s/ Maxine M. Chesney*
Maxine C. Chesney
United States District Judge

---

3

Stipulation and Proposed Order Re Case Management, Case No. C05-04641MMC

1  Dated: September 1, 2006

2

3                                              Respectfully submitted,

4                                              BILL LOCKYER
                                               Attorney General of the State of California
5

6

7                                              TOM BLAKE
                                               Deputy Attorney General
8
                                               Attorneys for Defendants Commissioner
9                                              Spike Helmick, Officer M.E. Courtnier and
                                               Officer .. White
10

11  Dated: 9/1, 2006

12

13                                             LAW OFFICES OF JOHN L. BURRIS
                                               ADANTE' D. POINTER
14                                             By: /s/ Adante D. Pointer
                                                   ADANTE D. POINTER
15
                                               Attorneys for Plaintiffs Sean Francis
16                                             McCloskey, Laiala McCloskey and D.M.

17

18

19  IT IS SO ORDERED:

20  DATED: _____, 2006

21

22

23
                                       _____
24                                     Maxine C. Chesney
                                       United States District Judge
25

26

27

28