JOHN L. BURRIS, (SBN 236229)
ADANTE' D. POINTER
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
 Facsimile:    (510) 839-3882

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAIALA McCLOSKEY and D.M.<br><br>Plaintiffs,<br><br>v.<br><br>SPIKE HELMICK, M.E. COURTNIER and J. WHITE, individually, and DOES 1-100,<br><br>.                     Defendants. | C05-04641 MMC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE CASE MANAGEMENT |

   COME NOW all parties and submit this Stipulation and Proposed Case Management Order.  The parties respectfully request the continuance of these civil proceedings until the state court criminal case is decided.  This court's abstention in light of the on-going criminal prosecution will advance both judicial comity and the interest of all parties in cost-efficient resolution.

   Plaintiff's counsel has ascertained that the underlying criminal prosecution is unlikely to be completed before August 2007.  The underlying criminal case, *People v. McCloskey*, Sonoma Superior Court No. MCR 447092, is now pending with no trial date set. However, Plaintiff's criminal defense counsel intends to ask for a July trial date at the next trial setting conference scheduled in June.

Separately, this Court ordered the parties to submit this matter to an Early Neutral Evaluator through the Court's Alternative Dispute Resolution Program by May 18, 2007.

Both counsel are of the opinion that an Early Neutral Evaluation is far more likely to be productive after the criminal proceedings in State Court are resolved. Both sides therefore respectfully request this Court's abstention until the state court prosecution is completed and believe that judicial economy will be best served by deferring discovery. Therefore, contemplating an August 2007 states court disposition, the parties jointly propose the following dates:

| | |
|---|---|
| ENE to be completed: | Friday, September 21, 2007 |
| Retired Commissioner Helmick's response to complaint to be filed: | Friday, November 30, 2007 |
| Parties' Joint Case Management Conference Statement to be filed: | Friday, January 4, 2007 |
| Continued Case Management Conference and hearing on Commissioner Helmick's dispositive motion, if any: | Friday, January 11, 2007, at 10:30 AM |

2

Dated: May 14, 2007

Respectfully submitted,

EDMUND G. BROWN, Jr.
Attorney General of the State of California

TOM BLAKE
Deputy Attorney General

Attorneys for Defendants Commissioner Spike Helmick, Officer M.E. Courtnier and Officer J. White

Dated: May 14, 2007

LAW OFFICES OF JOHN L. BURRIS

_____
ADANTE' D. POINTER

Attorneys for Plaintiffs Sean Francis McCloskey, Laiala McCloskey and D.M.

IT IS SO ORDERED:

DATED: ___May 16___, 2007

_____
Maxine C. Chesney
United States District Judge