IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>SPIKE HELMICK, et al.,<br><br>    Defendants. | No. C-05-4641 MMC<br><br>**ORDER GRANTING DEFENDANT SPIKE HELMICK'S UNOPPOSED MOTION TO DISMISS; VACATING HEARING**<br><br>(Docket No. 26) |

Before the Court is defendant Spike Helmick's ("Helmick") motion, filed July 6, 2007, to dismiss the claims asserted against him in the instant action. On July 20, 2007, plaintiff filed a statement of non-opposition to Helmick's motion.

Accordingly, the August 10, 2007 hearing on the motion is hereby VACATED, the motion is GRANTED, and all claims asserted against Helmick are DISMISSED.

This order terminates Docket No. 26.

**IT IS SO ORDERED.**

Dated: July 23, 2007

MAXINE M. CHESNEY
United States District Judge