JOHN L. BURRIS       (SBN 69888)
ADANTE' D. POINTER  (SBN 236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs
SEAN FRANCIS McCLOSKEY,
LAIALA McCLOSKEY and D.M.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAIALA McCLOSKEY and D.M.,<br><br>Plaintiffs,<br><br>v.<br><br>M.E. COURTNIER and J. WHITE, individually, and DOES 1-100,<br><br>Defendants. | C05-04641 MMC<br><br>STIPULATION AND ~~PROPOSED~~ CASE MANAGEMENT ORDER |

COME NOW all parties and submit this Stipulation and Proposed Case Management Order. The parties respectfully request the court reset the deadline by which the agreed upon Early Neutral Evaluation be completed from September 21, 2007, to January 31, 2008.

Plaintiff's counsel has ascertained that the that the underlying criminal case is set for jury trial on November 9, 2007. Both counsel are of the opinion that an Early Neutral Evaluation is far more likely to be productive after the criminal proceedings in State Court are resolved.

1  In light of the foregoing, the parties, by and through their respective counsel, respectfully
2  request the deadline by which the Early Neutral Evaluation be reset from September 21, 2007, to
3  January 31, 2008.

5  Dated: November 6, 2007

6                                             Respectfully submitted,

7                                             BILL LOCKYER
   Attorney General of the State of California

10                                             /s/
   TOM BLAKE
11  Deputy Attorney General

12  Attorneys for Defendants Commissioner
   Spike Helmick, Officer M.E. Courtnier and
13  Officer J. White

15  Dated: November 6, 2007

16                                             LAW OFFICES OF JOHN L. BURRIS
   ADANTE' D, POINTER

18                                             /s/
   ADANTE' D. POINTER

19  Attorneys for Plaintiffs Sean Francis
   McCloskey, Laiala McCloskey and D.M.

23  **IT IS SO ORDERED**: The deadline for completion of Early Neutral Evaluation is CONTINUED to January 31, 2008. The Case Management Conference is CONTINUED to February 22, 2008 and a Joint Case Management Statement shall be filed no later than February 15, 2008.
   DATED: November 8, 2007

                                              Maxine C. Chesney
   United States District Judge