1   JOHN L. BURRIS, Esq./ State Bar #69888
    ADANTÉ D. POINTER, Esq./State Bar #236229
2   LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
3   7677 Oakport Street, Suite 1120
    Oakland, California 94621
4   Telephone: (510) 839-5200
    Facsimile: (510) 839-3882
5   John.Burris@johnburrislaw.com
    Adante.Pointer@johnburrislaw.com
6
7   Attorneys for Plaintiffs

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAIALA McCLOSKEY, and DM<br><br>Plaintiffs,<br><br>vs.<br><br>M.E. COURTNIER and J. WHITE, individually, and DOES 1-100<br><br>Defendants. | Case No.: C 05-04641 MMC<br><br>FURTHER STIPULATION AND [PROPOSED] ORDER VACATING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE DATES |

        IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,

through their respective counsel as follows:

        1.      On November 8, 2007, the Court granted the parties request to reset the date for

the completion of the Early Neutral Evaluation to January 31, 2008, due to plaintiff Sean

McCloskey's jury trial on November 9, 2007, in the underlying criminal case. At that same time,

the Court also continued the Case Management Conference to February 22, 2008.

FURTHER STIPULATION AND [PROPOSED] ORDER
VACATING EARLY NEUTRAL EVALUATION AND
CASE MANAGEMENT CONFERENCE DATES
C 05-04641 MMC

1

2. As of the date of the filing of this further stipulation and proposed order, plaintiff Sean McCloskey's criminal matter has been stayed pending the resolution of an Interlocutory Appeal filed by the District Attorney's office.

3. Based upon the fact that McCloskey's criminal matter has been stayed pending appeal, there is still and further good cause for this Court to vacate the Early Neutral Evaluation and Case Management Conference dates in this case.

4. In order to avoid setting further deadlines similar to those in the November 8, 2007, Order, necessitating the parties seeking further extensions, and to avoid disrupting the Court's own calendar by continually resetting dates, the parties have agreed that all current dates and deadlines in this matter, per the Court's November 8, 2007, Order should be **vacated** and no new dates should be reset until following the outcome of the District Attorney's Interlocutory Appeal of McCloskey's criminal matter.

5. The parties agree to jointly notify the Court, in writing, within 45 days of the date an order adjudicating the District Attorney's Interlocutory Appeal is filed. In that notice, the parties will also apprise the court of their need for future court dates and/or the services of the ADR program.


Dated: January 30, 2008          **LAW OFFICES OF JOHN L. BURRIS**


_____/s/_____
ADANTÉ D. POINTER, Esq.
Attorneys for Plaintiffs
SEAN FRANCIS McCLOSKEY, LAIALA
McCLOSKEY, and DM


Dated: January 30, 2008          **STATE ATTORNEY GENERAL'S OFFICE**


_____/s/_____
TOM BLAKE, Deputy Attorney General
Attorneys for Defendants
M.E. COURTNIER and J. WHITE

FURTHER STIPULATION AND [PROPOSED] ORDER
VACATING EARLY NEUTRAL EVALUATION AND
CASE MANAGEMENT CONFERENCE DATES
C 05-04641 MMC

2

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT
THE DATES CURRENTLY SET IN THIS MATTER ARE HEREBY VACATED PER THE
GOOD CAUSE DEMONSTRATED BY THE PARTIES ABOVE. THE PARTIES ARE
ORDERED TO JOINTLY PROVIDE THE COURT A STATUS UPDATE IN WRITING
on May 1, 2008, and every three months thereafter.
~~WITHIN 45 DAYS FROM THE FILING OF AND ORDER ADJUDICATING THE~~
~~INTERLOCUTORY APPEAL IN THE PLAINTIFF'S UNDERLYING CRIMINAL MATTER.~~

Dated:___February 1 __,2008            By:_____
                                          Honorable Maxine M. Chesney
                                          United States District Court Judge

FURTHER STIPULATION AND [PROPOSED] ORDER
VACATING EARLY NEUTRAL EVALUATION AND
CASE MANAGEMENT CONFERENCE DATES
C 05-04641 MMC

3