**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN FRANCIS McCLOSKEY, et al.,

      Plaintiffs,

  v.

SPIKE HEMLOCK, et al.,

      Defendants.
_____/

No. C-05-4641 MMC

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

      Before the Court is the parties' "Joint Case Status Report," filed November 6, 2008, in which the parties report the criminal action against plaintiff Sean Francis McCloskey has been resolved and request the parties be afforded 60 days in which to determine the impact of such resolution on the above-titled action.

      By order filed February 1, 2008, the Court vacated the Case Management Conference in the above-titled action pending the resolution of said criminal action. Accordingly, a Case Management Conference is hereby SET for February 6, 2009.  The parties shall file a Joint Case Management Conference Statement no later than January 30, 2009.

      **IT IS SO ORDERED.**

Dated:  November 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge