**JOHN L. BURRIS, Esq./ State Bar #69888**
**ADANTÉ D. POINTER, Esq./State Bar #236229**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>M.E. COURTNIER, et al.<br><br>Defendants. | Case No.: C 05-04641 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE STATUS CONFERENCE |

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that the Case Status Conference scheduled for February 6, 2009, be continued to April 17, 2009 or such later date as may be convenient to the Court.

Good cause is that this stipulated continuance will serve the interests of the parties and judicial comity by rescheduling the case status conference until after the plaintiff's underlying

criminal case is resolved.  It is plaintiffs' counsel's understanding that the factually-related criminal matter will be dismissed at the next state court date.  The plaintiff's next state court date is scheduled to occur March 2009.  Once the criminal case is finally resolved, the parties will be in a position to determine what causes of action, if any, are appropriate to proceed upon.  Taking defendants' counsel's calendar into account, the parties respectfully suggest that the Case Management Conference be continued to April 17, 2009 at 10:30 a.m.

In light of the foregoing, the parties respectfully request the case status conference be held on April 17, 2009 at 10:30 a.m. or such other date as may be convenient for the Court.

Dated: January 30, 2008           **LAW OFFICES OF JOHN L. BURRIS**

                                                     **/s/ Adante D. Pointer**
                                          ADANTÉ D. POINTER, Esq.
                                          Attorneys for Plaintiffs
                                          SEAN FRANCIS McCLOSKEY, LAIALA McCLOSKEY, and DM

Dated: January 30, 2008           **CALIFORNIA ATTORNEY GENERAL OFFICE**

                                                     **/s/**
                                          TOM BLAKE, Deputy Attorney General
                                          Attorneys for Defendants
                                          M.E. COURTNIER and J. WHITE

//

//

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT THE CASE STATUS CONFERENCE CURRENTLY SET FOR FEBRUARY 6, 2009, BE CONTINUED TO APRIL 17, 2009 at 10:30 a.m..  A Joint Status Conference Statement shall be filed no later than April 10, 2009.

Dated: February 4, 2009

By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Judge