EDMUND G. BROWN JR.
Attorney General of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5506
 Fax: (415) 703-5480
 E-mail: Tom.Blake@doj.ca.gov
*Attorneys for Defendants*
*Officer M.E. Courtnier and Officer J. White*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SEAN FRANCIS McCLOSKEY, LAIALA McCLOSKEY and D.M.**,<br><br>Plaintiffs,<br><br>v.<br><br>**M.E. COURTNIER and J. WHITE,** individually, and DOES 1-100,<br><br>Defendants. | 05-04641 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |

COME NOW all parties and submit this Stipulation and Proposed Order. The parties respectfully request the court continue the agreed upon Settlement Conference from Tuesday, July 28, 2009 to Friday October 23, 2009 at 10:00 a.m.

Good cause exists in that counsel for both parties desire to conduct further discovery that will enhance their ability to evaluate their respective positions and as a result increase the productivity of the Settlement Conference.

In light of the foregoing, the parties, by and through their respective counsel, respectfully request the Settlement Conference be continued from Tuesday July 28, 2009, to Friday October 23, 2009 at 10:00 a.m.

| | | |
|---|---|---|
| 1 | Dated: July 21, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | EDMUND G. BROWN JR.<br>Attorney General of California |
| 4 | | |
| 5 | | /s/ Tom Blake |
| 6 | | TOM BLAKE<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| 7 | | |
| 8 | Dated: July 21, 2009 | LAW OFFICES OF JOHN L. BURRIS |
| 9 | | |
| 10 | | |
| 11 | | /s/ Adante' D. Pointer<br>ADANTE' D. POINTER |
| 12 | | *Attorneys for Plaintiffs Sean Francis McCloskey, Laiala McCloskey and D.M.* |
| 13 | | |

**IT IS SO ORDERED.**

Dated: July 28, 2009

_____
JAMES LARSON
United States Magistrate Judge

40357515.doc

2

Stipulation and [Proposed] Order Continuing Settlement Conference  (05-04641 MMC)