JOHN L. BURRIS, SBN 69888
ADANTE D. POINTER, SBN 236229
*LAW OFFICES OF JOHN L. BURRIS*
*7677 Oakport Street, Suite 1120*
*Oakland, California 94621*
*Telephone:         (510) 839-5200*
*Facsimile:         (510) 839-3882*
*Attorneys for Plaintiffs Sean Francis McCloskey,*
*Laiala McCloskey and D.M*

EDMUND G. BROWN JR.
Attorney General of California
TOM BLAKE
Deputy Attorney General
State Bar No. 51885
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5506
 Fax: (415) 703-5480
 E-mail:  Tom.Blake@doj.ca.gov
*Attorneys for Defendants California Highway Patrol*
*Officers Mike Courtnier and Jon White*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEAN FRANCIS McCLOSKEY, ET AL.**<br>Plaintiffs,<br><br>v.<br><br>**M. E. COURTNIER, J. WHITE, ET AL.**<br>Defendants. | Case No.: 05-04641 MMC<br><br>**ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER MODIFYING CASE MANAGEMENT SCHEDULE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Trial Date:   April 18, 2011<br>Time:         9:00 a.m.<br>Judge:        The Hon. Maxine M. Chesney<br>Courtroom:    7, 19th Floor |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective counsel of record, and pursuant to all applicable statutes and rules, including but not limited to Federal Rules of Civil Procedure 16, 26, and 40, as follows:

Plaintiffs' causes of action arise out of a traffic stop wherein plaintiffs allege that two CHP

1

officers, defendants Courtnier and White (hereinafter collectively "defendants"), violated their federal and state civil rights by unlawfully using an excessive amount of force against them.

The parties have participated in two settlement conferences before Magistrate Judge Larson.

This matter had been continued in anticipation of the filing of a defendants' summary judgment motion predicated on a recent Ninth Circuit decision that analyzes extensively the amount of force used in traffic stops. The defendants believed (and do believe) that that case is factually and legally on point. Pursuant to an earlier stipulation of the parties, the matter was continued to allow defendants to bring a dispositive motion based on the then-new Ninth Circuit opinion.

As defendants were about to file the summary judgment motion, the Ninth Circuit Court of Appeals announced in *Brooks v. City of Seattle*, __ F.3d __, 2010 WL 3896202 (9th Cir. Sep 30, 2010) (NO. 08-35526) that the Circuit Court was granting a rehearing *en Banc,* a possibility that this Court had explored briefly with counsel at the status conference. The grant of rehearing, although thought unlikely by many observers, means that the three-judge opinion cannot now be cited as precedent by or to any court of the Ninth Circuit.

Defendants believe that the *en Banc* opinion may be dispositive; both sides believe that the *en Banc* decision will provide important guidance to the parties as they contemplate settlement and to the Court if the matter proceeds to summary judgment or trial. Th *en Banc* hearing was recently held on December 10, 2010.

In light of the foregoing, both sides respectfully request that the March 29, 2011 Pre-Trial Conference and April 11, 2011 Jury Trial dates in this matter be vacated and that the Case Management Conference currently set for January 14, 2011 be continued for approximately 90 days to allow the Ninth Circuit to issue its *en Banc* ruling in *Brooks*.

2

Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further Case Management Conference; [Proposed] Order                                         (05-04641 MMC)

| | |
|---|---|
| 1 | **LAW OFFICES OF JOHN L. BURRIS** |
| 2 | By:    /s/ **Adante Pointer** |
| | ADANTE D. POINTER |
| 3 | *Attorneys for Plaintiffs Sean Francis* |
| | *McCloskey, Laiala McCloskey and D.M.* |
| 4 | |
| 5 | |
| | **EDMUND G. BROWN JR.,** |
| 6 | Attorney General of the State of California |
| 7 | By:    /s/ **Tom Blake** |
| | TOM BLAKE |
| 8 | *Attorneys for Defendants California Highway* |
| | *Patrol Officers Mike Courtnier and Jon White* |

3

Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further
Case Management Conference; [Proposed] Order                                                    (05-04641 MMC)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~Proposed~~] ORDER

   IT IS HEREBY ORDERED that the March 29, 2011 Pre-Trial Conference and April 11, 2011 Jury Trial dates in this matter be vacated and that the Case Management Conference currently set for January 14, 2011 be continued to April  15 , 2011 at 10:30 a.m.

*Dated*: January 4, 2011

_____
MAXINE M. CHESNEY
United States District Judge

4

**Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further Case Management Conference; [Proposed] Order**                                                              **(05-04641 MMC)**