1  KAMALA D. HARRIS
   Attorney General of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5506
5    Fax:  (415) 703-5480
     E-mail:  Tom.Blake@doj.ca.gov
6  *Attorneys for Defendants California Highway Patrol
   Officers Mike Courtnier and Jon White*

7
   JOHN L. BURRIS, SBN 69888
8  ADANTE D. POINTER, SBN 236229
   *LAW OFFICES OF JOHN L. BURRIS*
9  *7677 Oakport Street, Suite 1120*
   *Oakland, California 94621*
10 *Telephone:         (510) 839-5200*
   *Facsimile:         (510) 839-3882*
11 *Attorneys for Plaintiffs Sean Francis McCloskey,*
   *Laiala McCloskey and D.M*
12

13             IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| | |
|---|---|
| **SEAN FRANCIS McCLOSKEY, ET AL.** | 05-04641 MMC |
| Plaintiffs, | **ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER MODIFYING CASE MANAGEMENT SCHEDULE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE; [Proposed] ORDER** |
| v. | |
| **M. E. COURTNIER, J. WHITE, ET AL.** | |
| Defendants. | CMC Date:    April 15, 2011<br>Time:          10:30 a.m.<br>Courtroom:  7, 19th Floor |

        IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective counsel of record, and pursuant to all applicable statutes and rules, including but not limited to Federal Rules of Civil Procedure 16, 26, and 40, as follows:

28
                                       1

Plaintiffs' causes of action arise out of a traffic stop wherein plaintiffs allege that two CHP officers, defendants Courtnier and White (hereinafter collectively "defendants"), violated their federal and state civil rights by unlawfully using an excessive amount of force against them.

The parties have participated in two settlement conferences before Magistrate Judge Larson. A further settlement conference is anticipated but not presently calendared.

This matter had been continued in anticipation of the filing of a defendants' summary judgment motion predicated on a recent Ninth Circuit decision that analyzes extensively the amount of force used in traffic stops. The defendants believed (and do believe) that that case is factually and legally on point. Pursuant to an earlier stipulation of the parties, the matter was continued to allow defendants to bring a dispositive motion based on the then-new Ninth Circuit opinion.

As defendants were about to file the summary judgment motion, the Ninth Circuit Court of Appeals announced in *Brooks v. City of Seattle*, __ F.3d __, 2010 WL 3896202 (9th Cir. Sep 30, 2010) (NO. 08-35526) that the Circuit Court was granting a rehearing *en banc,* a possibility that this Court had explored briefly with counsel at status conference. The grant of rehearing, although thought unlikely by many observers, means that the three-judge opinion cannot now be cited as precedent by or to any court of the Ninth Circuit. As of the writing of this stipulation, the Ninth Circuit has not issued it *en banc* decision in *Brooks, supra*.

Defendants believe that the *en banc* opinion may be dispositive; both sides believe that the *en banc* decision will provide important guidance to the parties as they contemplate settlement and to the Court if the matter proceeds to summary judgment or trial. Both sides therefore respectfully request that this matter be continued for a further status conference. Due to calendaring considerations in the offices of both counsel, including vacation plans of trial counsel, both sides respectfully request that the further status conference be set for a date convenient to the Court in approximately 120 days to allow time for hearing of the summary judgment and for a further settlement conference after the Court of Appeals issues its *en banc* decision.

2

**Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further Case Management Conference; [Proposed] Order**     **(05-04641 MMC)**

Dated: April 11, 2011

                               LAW OFFICES OF JOHN L. BURRIS

                               **By:      /s/  Adante Pointer**
                               ADANTE D. POINTER
                               *Attorneys for Plaintiffs Sean Francis*
                               *McCloskey, Laiala McCloskey and D.M.*


                               KAMALA D. HARRIS
                               Attorney General of the State of California


                               By:      **/s/ Tom Blake**
                               TOM BLAKE
                               *Attorneys for Defendants California Highway*
                               *Patrol Officers Mike Courtnier and Jon White*

**Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further Case Management Conference; [Proposed] Order                                                              (05-04641 MMC)**

# [Proposed] ORDER

Good cause appearing, it is hereby ordered that the Case Management Conference presently set for April 15, 2011 at 10:30 a.m. be continued to  August 12  , 2011 at 10:30 a.m. in Courtroom 7, 19th Floor, for Further Status Conference.

**IT IS SO ORDERED.**

 April 12, 2011 
Date

*[Signature]*
HONORABLE MAXINE M. CHESNEY
United States District Judge

4

**Administrative Motion and Stipulation for Order Modifying Case Management Schedule and Setting Further Case Management Conference; [Proposed] Order** (05-04641 MMC)