1  JOHN L. BURRIS, SBN 69888
   ADANTE D. POINTER, SBN 236229
2  *LAW OFFICES OF JOHN L. BURRIS*
   *7677 Oakport Street, Suite 1120*
3  *Oakland, California 94621*
   *Telephone:         (510) 839-5200*
4  *Facsimile:         (510) 839-3882*
   Attorneys for Plaintiffs Sean Francis McCloskey,
5  Laiala McCloskey and D.M

6  KAMALA D. HARRIS
   Attorney General of California
7  TOM BLAKE
   Deputy Attorney General
8  State Bar No. 51885
    455 Golden Gate Avenue, Suite 11000
9   San Francisco, CA  94102-7004
    Telephone: (415) 703-5506
10  Fax: (415) 703-5480
    E-mail: Tom.Blake@doj.ca.gov
11 *Attorneys for Defendants California Highway Patrol
   Officers Mike Courtnier and Jon White*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEAN FRANCIS McCLOSKEY, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**M. E. COURTNIER, J. WHITE, ET AL.**<br><br>Defendants. | 05-04641 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:   August 12, 2011<br>Time:           10:30 a.m.<br>Courtroom:   7, 19th Floor |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective counsel of record, and pursuant to all applicable statutes and rules, including but not limited to Federal Rules of Civil Procedure 16, 26, and 40, as follows:

1

Stipulation and [Proposed] Order Continuing Case Management Conference     (05-04641 MMC)

Plaintiffs' causes of action arise out of a traffic stop wherein plaintiffs allege that two CHP officers, defendants Courtnier and White (hereinafter collectively "defendants"), violated their federal and state civil rights by unlawfully using an excessive amount of force against them.

The parties have participated in two settlement conferences before Magistrate Judge Larson.  A third settlement conference is scheduled for November 20, 2010.

This matter had been continued in anticipation of the filing of a defendants' summary judgment motion predicated on a recent Ninth Circuit decision that analyzes extensively the amount of force used in traffic stops.  The defendants believed (and do believe) that that case is factually and legally on point.  Pursuant to an earlier stipulation of the parties, the matter was continued to allow defendants to bring a dispositive motion based on the then-new Ninth Circuit opinion.

As defendants were about to file the summary judgment motion, the Ninth Circuit Court of Appeals announced in *Brooks v. City of Seattle*, 599 F.3d 1022, 2010 WL 3896202 (9th Cir. 2010) (NO. 08-35526) that the Circuit Court was granting a rehearing *en banc,* a possibility that this Court had explored briefly with counsel at the status conference.  The grant of rehearing, although thought unlikely by many observers, means that the three-judge opinion cannot now be cited as precedent by or to any court of the Ninth Circuit.

Defendants believe that the *en banc* opinion may be dispositive; both sides believe that the *en banc* decision will provide important guidance to the parties as they contemplate settlement and to the Court if the matter proceeds to summary judgment or trial.

In light of the foregoing, both sides respectfully request that the Case Management Conference currently set for August 12, 2011 be continued for approximately 120 days to allow the Ninth Circuit to issue its *en banc* ruling in Brooks and allow the parties to continue their informal settlement discussions.

///

2

**Stipulation and [Proposed] Order Continuing Case Management Conference     (05-04641 MMC)**

|   |   |   |
|---|---|---|
| 1 |  | **LAW OFFICES OF JOHN L. BURRIS** |
| 2 | August 5, 2011 | By**:**   */s/* **Adante Pointer** |
| 3 |  | ADANTE D. POINTER |
|   |  | *Attorneys for Plaintiffs Sean Francis* |
| 4 |  | *McCloskey, Laiala McCloskey and D.M.* |

August 5, 2011

Kamala D. Harris,
Attorney General of the State of California

By:   */s/* **Tom Blake**
TOM BLAKE
*Attorneys for Defendants California Highway Patrol Officers Mike Courtnier and Jon White*

3

**Stipulation and [Proposed] Order Continuing Case Management Conference     (05-04641 MMC)**

**[Proposed] ORDER**

Good cause appearing, it is hereby ordered that the Case Management Conference currently set for August 12, 2011 is continued to December __9__, 2011 at 10:30 a.m. in Courtroom 7, 19th Floor, for Further Status Conference.

**IT IS SO ORDERED.**

Dated: August 5, 2011

MAXINE M. CHESNEY
United States District Judge