1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  State Bar No. 170773
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA  94102-7004
    Telephone: (415) 703-5522
5   Fax: (415) 703-5480
    E-mail: John.Devine@doj.ca.gov
6  *Attorneys for Defendants*
   *California Highway Patrol Officers Mike Coutnier*
7  *and Jon White*

**DENIED**
*Judge Maxine M. Chesney*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY LAILA McCLOSKEY, D. McCLOSKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>SPIKE HELMICK, M. COURTNIER J. WHITE,<br><br>Defendants. | Case No.: C05-04641 MMC<br><br>**DEFENDANTS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:       Friday, December 9, 2011<br>Time:       10:30 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge       The Honorable Maxine M. Chesney<br><br>Action Filed: November 10, 2005 |

The California Attorney General's Office, which represents Defendants California Highway Patrol Officers Courtnier and White in the above-entitled lawsuit, requests a continuance of the currently scheduled case management conference.

On November 18, 2011, Deputy Attorney General Tom Blake retired from the California Attorney General's Office. He made various attempts to reach plaintiffs' counsel before his retirement. In addition to the current status of the case, Deputy Attorney General Blake intended to discuss with plaintiffs' counsel the prospects of informally resolving the lawsuit. These attempts to reach plaintiffs' counsel were unsuccessful.

On December 2, 2011, Supervising Deputy Attorney General John P. Devine attempted to reach plaintiffs' counsel by telephone to discuss the imminent case management conference, and the filing of a joint case management conference statement. Defendants' counsel's efforts were unsuccessful.

On December 7, 2011, Supervising Deputy Attorney General John P. Devine notified this Court and the clerk about the reassignment of this case to him.

Defendants' counsel intends to file a motion for summary judgment, which intention has previously been discussed with this Court and plaintiffs' counsel. Defendants desire to obtain a briefing schedule for the motion for summary judgment.

Given defendants' counsel's recent assignment to this lawsuit, as well as the inability to confer with plaintiffs' counsel about the status of the lawsuit and a briefing schedule, defendants request a continuance of the further case management conference for two weeks so that a joint case management conference statement can be filed to address, in a comprehensive manner, the status of the lawsuit and the proposed future course of action.

Accordingly, Defendants respectfully request a two-week continuance of the currently scheduled case management conference. Alternatively, Defendants request that the Court set a briefing schedule for Defendants' motion for summary judgment pursuant to Rule 56.

Dated: December 7, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

s/s John P. Devine
JOHN P. DEVINE
Supervising Deputy Attorney General
*Attorneys for Defendants California Highway Patrol Officers Mike Courtnier and Jon White*

SF2006400718
40494565.doc