KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
State Bar No. 170773
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5522
  Fax:  (415) 703-5480
  E-mail:  John.Devine@doj.ca.gov
*Attorneys for Defendants*
*California Highway Patrol Officers Mike Courtnier*
*and Jon White*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEAN FRANCIS McCLOSKEY**<br>**LAILA McCLOSKEY**<br>**D. McCLOSKEY, a Minor,**<br><br>                                        Plaintiffs,<br><br>          v.<br><br>**SPIKE HELMICK**<br>**M. COURTNIER**<br>**J. WHITE,**<br><br>                                        Defendants. | Case No.: 05-04641 MMC<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SETTLEMENT<br>CONFERENCE<br><br>Date:           February 29, 2012<br>Time:          9:30 a.m.<br>Courtroom: G, 15th Floor<br>Judge          Honorable Joseph C. Spero<br><br>Action Filed: November 10, 2005 |

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their respective counsel of record, that the settlement conference previously scheduled for February 1, 2012, should be continued to February 29, 2012 at 9:30 a.m.

The currently scheduled settlement conference date conflicts with a schedule trial of defendants' counsel. *Olga Cher v. State of California et al.*, Superior Court of California, County of Santa Cruz - Case No. CV165717.

In light of the foregoing, both sides agree that the settlement conference shall be continued to February 29, 2012, at 9:30 a.m. This new date for the settlement conference was provided by Karen Hom at the District Court, after defendants' counsel alerted the Court about his conflict.

Both sides also agree that the settlement conference statements shall be lodged with Judge Joseph C. Spero's Chambers no later than February 15, 2012.

All other requirements set forth in the prior Notice of Settlement Conference and Settlement Conference Order (Docket No. 79) will remain the same.

Dated: January 12, 2012                LAW OFFICES OF JOHN L. BURRIS

                                   By: /s/ Adante Pointer_____
                                       ADANTE POINTER, ESQ.
                                       Attorneys for Plaintiffs Sean Francis
                                       McCloskey, Laiala McCloskey and D.M.

Dated: January 12, 2012                KAMALA D. HARRIS
                                       Attorney General of California


                                       /s/ John P. Devine_____
                                       JOHN P. DEVINE
                                       Supervising Deputy Attorney General
                                       *Attorneys for Defendants*
                                       *California Highway Patrol Officers Mike*
                                       *Courtnier and Jon White*


IT IS HEREBY ORDERED THAT the settlement conference for this lawsuit shall be continued to February 29, 2012 at 9:30 a.m. Settlement conference statements shall be submitted to Chambers no later than February 15, 2012. All other requirements set forth in the prior Notice of Settlement Conference and Settlement Conference Order (Docket No. 79) will remain the same.

Dated: Jan. 17, 2012                   _____
                                       Honorable Joseph C. Spero
                                       UNITED STATES DISTRICT COURT

SF2006400718
40513207.doc

2

Stipulation and (Proposed) Order Continuing Settlement Conference  (05-04641 MMC)