IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAILA McCLOSKEY, D. McCLOSKEY, a Minor,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SPIKE HELMICK, M. COURTNIER, J. WHITE<br><br>　　　　Defendants. | No. C 05-4641 MMC<br><br>**ORDER OF DISMISSAL** |

　　The parties having advised the Court that they have agreed to a settlement of the above-titled action,

　　IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

　　**IT IS SO ORDERED.**

Dated: March 22, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge