IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAILA McCLOSKEY, D. McCLOSKEY, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>SPIKE HELMICK, M. COURTNIER, J. WHITE<br><br>Defendants.<br>_____ / | No. C 05-4641 MMC<br><br>**ORDER VACATING ORDER OF DISMISSAL; CONTINUING CASE MANAGEMENT CONFERENCE** |

On March 22, 2012, the Court issued a conditional order of dismissal, based on the parties having advised the Court, by their Notice of Settlement, that they had agreed to a settlement of the above-titled action. Because said settlement includes, however, a settlement on behalf of the above-named minor plaintiff, the matter will remain open pending filing of a motion for approval of a minor's compromise and the Court's ruling thereon.

Accordingly, the Order of Dismissal, filed March 22, 2012, is hereby VACATED, and the Case Management Conference, previously scheduled for today's date, is hereby CONTINUED to June 22, 2012.

**IT IS SO ORDERED.**

Dated: March 23, 2012

MAXINE M. CHESNEY
United States District Judge