United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAILA McCLOSKEY, and D.M.,<br><br>    Plaintiffs,<br>  v.<br><br>M. E. COURTNIER, et al.,<br><br>    Defendants.                             / | No. C 05-4641 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

      Before the Court is defendants' "Motion for Enforcement of Settlement Agreement," filed September 21, 2012.  Plaintiffs have filed opposition, to which defendants have replied.  The matter came on regularly for hearing October 26, 2012.  Adante D. Pointer of the Law Offices of John L. Burris appeared on behalf of plaintiffs.  John P. Devine of the Office of the Attorney General of California appeared on behalf of defendants.  Having read and considered the parties' respective written submissions and considered the arguments of counsel at the hearing, the Court rules as follows.

      Good cause appearing, and for the reasons stated on the record at the hearing, the motion is hereby GRANTED, and the minor plaintiff Desmond McCloskey's claims against defendant M. E. Courtnier are hereby ordered COMPROMISED in accordance with the terms of the settlement set forth in the petition as initially submitted to the Court on June 14, 2012.  (See Pls.' Administrative Mot. filed June 14, 2012; Defs.' Ex. 7, filed October 26, 2012.)

The settlement funds in the amount of $1500 shall be placed in an interest-bearing blocked trust account at an FDIC-insured banking institution for the benefit of the minor plaintiff Desmond McCloskey and shall be made available to him, along with any interest accrued thereon, as of his 18th birthday; prior to that date, said funds shall be subject to withdrawal only upon authorization of the Court.

**IT IS SO ORDERED.**

Dated: October 29, 2012

MAXINE M. CHESNEY
United States District Judge