IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN FRANCIS McCLOSKEY, LAILA McCLOSKEY, and D.M.,

    Plaintiffs,

  v.

M. E. COURTNIER, et al.,

    Defendants.

No. C 05-4641 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' request, filed December 4, 2012, to continue the Case Management Conference for the reason that the parties are endeavoring to resolve matters pertaining to the settlement of the action.

    Accordingly, the Case Management Conference currently scheduled for December 7, 2012 is hereby CONTINUED to January 18, 2013. A Joint Case Management Conference Statement shall be filed no later than January 11, 2013.

**IT IS SO ORDERED.**

Dated: December 4, 2012

_____
MAXINE M. CHESNEY
United States District Judge