John L. Burris, Esq. SBN69888
Adante D. Pointer, Esq. SBN236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs
**Sean Francis McCloskey,**
**Laila McCloskey and D.M.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS MCCLOSKEY, ET AL.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SPIKE HELMICK, ET AL. ,<br><br>　　　　Defendants. | Case No.: 3:05-cv-04641-MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date:　　　　January 18, 2013<br>Time:　　　　10:30 a.m.<br>Courtroom: 7, 19th Floor<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, CA 94102 |

TO THE HONORABLE COURT:

　　The parties, by and through their respective counsel, hereby stipulate and respectfully request to continue the January 18, 2013 case management conference until February 1, 2013 or February 15, 2013.  Good cause being, on January 7, 2013 Magistrate Judge Michael J. Seng ordered Plaintiff's counsel, Mr. Adante Pointer to appear before him in the Eastern District Court

located in Fresno at 9:30 am on January 18, 2013 for an OSC and Summary Judgment/Summary Adjudication Hearing.

Prior to Magistrate Seng issuing his January 7, 2013 order, Plaintiff's counsel had made arrangements for Mr. John L. Burris to make the appearance before Magistrate Seng. Mr. Burris is unavailable to appear here in this matter. Therefore, good cause being shown, the parties respectfully request the case management conference scheduled for January 18, 2013 be rescheduled to February 1, 2013 or February 15, 2013 or some other date convenient to the parties.

DATED: January 11, 2013                    **LAW OFFICES OF JOHN L. BURRIS**

                                           /s/ *Adanté D. Pointer*
                                           **ADANTÉ D. POINTER**
                                           **Attorneys for Plaintiffs**


DATED: January 11, 2013                    **STATE ATTORNEY GENERAL'S OFFICE**

                                           /s/
                                           JOHN DEVINE
                                           Attorneys for Defendants

## ORDER

Good cause being shown, it is hereby ORDERED that the Case Management Conference currently scheduled for January 18, 2013 be continued to February 1, 2013.

**IT IS SO ORDERED.**

DATE: January 11, 2013

*Maxine M. Chesney*
HONORABLE MAXINE C. CHESNEY
United States Senior District Court Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE 3