IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, LAILA McCLOSKEY, and D.M.,<br><br>　　　　Plaintiffs,<br>　v.<br>M. E. COURTNIER, et al.,<br><br>　　　　Defendants. | No. C 05-4641 MMC<br><br>**DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On February 15, 2013, plaintiffs Sean McCloskey, Laila McCloskey, and D.M. ("plaintiffs") filed a Motion for Reconsideration of Order Enforcing Settlement Agreement. Plaintiffs have violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced document. Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from

1 the record any electronically-filed document of which a chambers copy has not been timely
2 provided to the Court.

4 **IT IS SO ORDERED.**

6 Dated: February 22, 2013

MAXINE M. CHESNEY
United States District Judge