JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
Law Office of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
T:(510) 839-5200
F: (510) 839-3882

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>SPIKE HELMICK, et al.<br><br>    Defendants. | No. C05-04641 MMC<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The parties in this matter hereby stipulate to continue the Further Case Management Conference currently scheduled for Friday, December 13, 2013 to a future date convenient to the court and the parties on the grounds that plaintiffs just recently received the settlement and release documents and are in the process of having them executed.

**STIPULATION AND ORDER
TO CONTINUE CMC**

1

**CASE NO. C05-04641 MMC**

Therefore, good cause being shown, the parties respectfully request the Further Case Management Conference scheduled for December 13, 2013 be rescheduled to a date in January 2014.

DATED:        December 6, 2013

LAW OFFICES OF JOHN L. BURRIS           STATE ATTORNEY GENERAL'S OFFICE

By:   /S/                                               By:           /S/
ADANTE' D. POINTER                                      JOHN DEVINE
Attorneys for Plaintiffs                                Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED that the Further Case Management Conference currently scheduled for December ~~6~~ 13, 2013 be continued to ~~January~~ February __14__, 2014.

IT IS SO ORDERED.

Dated: December 9, 2013

                                    _/s/ Maxine M. Chesney_
                                    MAXINE M. CHESNEY
                                    United States District Court Judge