JOHN L. BURRIS, SBN 69888
ADANTE' D. POINTER, SBN 236229
Law Office of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
T:(510) 839-5200
F: (510) 839-3882

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>SPIKE HELMICK, et al.<br><br>　　　Defendants. | No. C05-04641 MMC<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

　The parties in this matter hereby stipulate to continue the Further Case Management Conference currently scheduled for Friday, February 14, 2014 to a future date convenient to the court and the parties on the grounds that plaintiffs recently executed the necessary settlement documents and turned them over to the Defendants. As such, Defendants only recently requested the settlement draft and are informed that it will take between 60-90 days for the settlement draft to be prepared and made available to Plaintiffs.

**STIPULATION AND ORDER**　　　　　　　　　1　　　　　　　　　**CASE NO. C05-04641 MMC**
**TO CONTINUE CMC**

Therefore, good cause being shown, the parties respectfully request the Further Case Management Conference scheduled for February 14, 2014 be rescheduled to a date in May 2014.

DATED:       February 12, 2014

| LAW OFFICES OF JOHN L. BURRIS | STATE ATTORNEY GENERAL'S OFFICE |
|---|---|
| By:   /S/   <br>ADANTE' D. POINTER<br>Attorneys for Plaintiffs | By:          /S/   <br>JOHN DEVINE<br>Attorneys for Defendants |

## **ORDER**

     IT IS HEREBY ORDERED that the Further Case Management Conference currently scheduled for February 14, 2014 be continued to  May 16, 2014.  The parties are to file a Joint Case Management Statement 7 calendar days prior to the Case Management Conference.

IT IS SO ORDERED.

Date:    February 12, 2014



MAXINE M. CHESNEY
United States District Court Judge