**JOHN L. BURRIS, SBN 69888**
**ADANTE D. POINTER, SBN 236229**
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

Facsimile:  (510) 839-3882

John.burris@johnburrislaw.com

Adante.pointer@johnburrislaw.com

Attorneys for plaintiffs
**SEAN FRANCIS McCLOSKEY, et al.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FRANCIS McCLOSKEY, et al.,<br>        Plaintiffs,<br><br>vs.<br><br><br>SPIKE HELMICK, et al<br><br>        Defendants. | **No. C05-04641 MMC**<br><br>**REQUEST AND [PROPOSED]**<br>**ORDER TO DISMISS ACTION**<br>**WITH PREJUDICE** |

Pursuant to the fully executed Settlement Agreement and Release,

Plaintiffs hereby respectfully request that this action be dismissed in its entirety, with

prejudice as provided for under FRCP 41(a)(2).

Respectfully Submitted by:

Dated:  May 8, 2014                          **The Law Offices of John L. Burris**


_____/s/_____

ADANTE D. POINTER

Attorney for Plaintiffs

REQUEST FOR DISMISSAL & [PROPOSED] ORDER DISMISSING ACTION
1

1

2

**[PROPOSED] ORDER**

3

4

    IT IS HEREBY ORDERED that this action is dismissed in its entirety with

5

prejudice, ~~and all future court dates be vacated.~~ and pursuant to the terms of the Court-approved

6

minor's compromise.  (See Doc. Nos. 108, 110.)

7

    In light of the above, all future court dates are hereby VACATED.

8

**IT IS SO ORDERED.**

9

10

DATED:  May 9, 2014

11

12

_____

HONORABLE MAXINE M. CHESNEY

13

UNITED STATES DISTRICT COURT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR DISMISSAL & [PROPOSED] ORDER DISMISSING ACTION**

2